# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Kelli Reid,                                                  Civil No. 11-712 (RHK/LIB)

            Plaintiff,                                **ORDER**

vs.

Alecia Reid, Prudential Insurance
Company of America,

            Defendants.

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the

United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the

Court.

Dated:  March 24, 2011

                           s/Richard H. Kyle
                           RICHARD H. KYLE
                           United States District Judge