# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kelli Reid, | Civil No. 11-712 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Alecia Reid and Prudential Insurance Company of America, | |
| Defendants. | |

---

Pursuant to the parties' Stipulation of Dismissal with Prejudice (Doc. No. 7), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs to any of the parties.

Dated:  May 3, 2011

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge